# Exhibit A

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. and JUDGE |
|---|---|---|
| 64B | | 21-610 SC |

**Court address:** 617 N. State St., Stanton, MI 48888
**Court telephone no.:** (989)831-7452

See additional notice and instructions on page 3.

1. **Plaintiff:** Starla Hacn
   **Address:** 200 E. 1st St. Apt. #24
   **City, state, zip:** Stanton, MI 48888
   **Telephone no.:** (989)572-8046

2. **Defendant:** Stanton Post Office
   **Address:** 363 N. State St.
   **City, state, zip:** Stanton, MI 48888
   **Telephone no.:** (989)9315361

**NOTICE OF HEARING**
For Court Use Only

The plaintiff and the defendant must be in court on
**Day:** Thursday **Date:** June 17, 2021
at **Time:** 1:00 PM at ☐ the court address above.
☒ **Location:** Remote via Zoom
**Process server's name:** Cert. Mail **Fee paid:** $ 70.00

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ☐ this court ☐ _____ Court. It was given case number _____ and assigned to Judge _____. The action ☐ remains ☒ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ _____.

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ _____.

7. The date(s) the claim arose is/are Monday August 2019 (Aug. 5th 2019)
   Attach separate sheets if necessary

8. Amount of money claimed is $ 5,850. (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: 1, Starla fell at the post office suffered major pain & injuries permanently.

10. The plaintiff understands and accepts that the claim is limited to $6,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

**Signature:** Starla Hacn

Subscribed and sworn to before me on **Date:** 5/10/21

**Deputy clerk/Notary public signature:** [signature]

My commission expires on _____. **Name (type or print):** _____

Notary public, State of Michigan, County of _____. ☐ Acting in the County of _____.

☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

The defendant(s) must be served by 8/9/21
**Expiration date**     DEFENDANT

DC 84 (1/21)     MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC App 3931